**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: July 16, 2019**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: July 9, 2019**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| In re:<br><br>MICHELLE LEE WILLMS and<br>ANDREW LEROY WILLMS,<br><br>Debtors. | Case No.: 19-41648-MJH<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION<br>WITH STRICT COMPLIANCE |
|---|---|

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## **BACKGROUND**

Debtors filed this Chapter 13 case on May 20, 2019. The applicable commitment period is sixty months. The case is currently in the first month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is July 29, 2019. Scheduled unsecured claims total $25,638.00. The plan as filed proposes 100% repayment to general unsecured filed and allowed claims.

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# **OBJECTION**

☐ Plan is not feasible:

☒ Plan is not proposed in good faith or is forbidden by law: Debtors have exempted business supplies under RCW 6.15.010(1)(e)(ii), which applies to physicians, surgeons, clergy, and attorneys. Debtors do not fall into any of the above categories, so the exemption should be disallowed or the debtors should amend to another appropriate exemption.

☐ Plan fails to commit all excess disposable income for the applicable commitment period as required by 11 U.S.C. § 1325(b)(1)(B):

☒ Plan does not meet the best interests of creditors test as required by 11 U.S.C. § 1325(a)(4): Trustee reserves the right to object to the liquidation value of the estate pending additional information.

☒ Schedules or other documentation insufficient:

(1) Debtor must complete and return a copy of the trustee's business questionnaire for his interest in Hurricane Butterfly LE. Furthermore, his interest in this business must be fully disclosed in the schedules.

(2) Debtors must provide a complete list of all firearms and shooting supplies.

(3) Debtors must amend their schedules to list all bank accounts.

(4) Debtor must provide a balance sheet for his interest in Hurricane Butterfly LE that covers the date of filing.

(5) Debtor must provide a K-1 for his interest in Hurricane Butterfly LE.

☐ Other:

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

**DATED** this 30th day of June, 2019.

                                         /s/ Matthew J.P. Johnson
                                         Matthew J.P. Johnson, WSBA# 40476 for
                                         Michael G. Malaier, Chapter 13 Trustee

## CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States I caused to be mailed via regular mail a true and correct copy of Trustee's Objection to Confirmation to the following:

Andrew Leroy Willms
Michelle Lee Willms
16102 – 12th Ave. E.
Tacoma, WA 98445

The following parties received notice via ECF:

Ellen Ann Brown
U.S. Trustee

Executed at Tacoma, Washington this 1st day of July, 2019.

                                         /s/ Tracy Maher
                                         Tracy Maher
                                         Motion Coordinator for
                                         Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600